Wittels
McInturff
Palikovic

October 15, 2026

**Via ECF**
The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Horner v. SpaceXAI et al.*, No. 26 Civ. 05787 (EK) (JAM)**

Dear Judge Marutollo:

I represent Plaintiff Horner and the proposed Class in the above-captioned action against Defendants SpaceXAI LLC and SpaceXAI Corp. (collectively, "Defendants"). I write jointly with the consent defense counsel to request the Court's guidance on two upcoming scheduling matters.

Yesterday, the parties held their Rule 26(f) conference and Defendants alerted Plaintiff to their forthcoming pre-motion letter that may affect the upcoming October 28 initial conference and the proposed Discovery Plan and Scheduling Order that is currently due on October 20. *See* ECF No. 5, Scheduling Order.

By Wednesday, October 26 (subject to Defendants' counsel being admitted pro hac vice, the motion for which is forthcoming), Defendants intend to file a pre-motion letter regarding a motion to change venue and transfer this action to the Northern District of Texas and a related motion to stay discovery pending resolution of the motion to transfer. Plaintiff is evaluating the anticipated motion to transfer and expects to oppose the motion to stay discovery.

In light of the forthcoming pre-motion letters, the parties respectfully request guidance on the following two scheduling matters:

1. Whether the Court still wishes the parties to submit a provisional Discovery Plan and Scheduling Order by the currently ordered deadline of October 20; and
2. Whether the Court would still like to hold the October 28 initial conference, or whether the Court would like to postpone the October 28 conference pending resolution (or at least further development) of the matters addressed in Defendants' pre-motion letter.

The parties are prepared to proceed in accordance with the Court's preferences.

We thank the Court for its attention to this matter.

Respectfully Submitted

/s/ J.Burkett McInturff
J. Burkett McInturff

*Class Counsel for Plaintiff and the Proposed Class*

cc: All Counsel of Record (*via ECF*)